240

670 A.2d 640

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Frank LORD, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 2, 1996.

## *ORDER*

PER CURIAM:

AND NOW, this 2nd day of February, 1996, the Petition for Allowance of Appeal is hereby **GRANTED, BUT LIMITED** to the following issue:

Have the recent amendments to Pa.R.Crim.P. No. 1410 precluded an appellate court from asserting the waiver of an appellate issue for the reason that the issue was omitted from the Statement of Matters Complained of on Appeal?

Furthermore, the Petition to Amend the Petition for Allowance of Appeal is hereby **DENIED.**